AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN  DISTRICT OF  TEXAS**
**McALLEN DIVISION**

| UNITED STATES OF AMERICA | United States District Court | CRIMINAL COMPLAINT |
| V. | Southern District Of Texas FILED | |
| Oliverio Guadalupe Guerra-Vasquez | MAY 3 2019 | Case Number: M-19- 1013 -M |
| | David J. Bradley, Clerk | |

IAE    YOB: 1967
El Salvador
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 1, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**
*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Oliverio Guadalupe Guerra-Vasquez was encountered by Border Patrol Agents near Mission, Texas on May 01, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 01, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on November 30, 2007 through Houston, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On August 19, 2003, the defendant was convicted of Sexual Assault and sentenced to seven (7) years confinement.

Continued on the attached sheet and made a part of this complaint:  [ ] Yes  [X] No

Approved by Amy L. Greenbaum 5/3/19

Signature of Complainant
Maria E. Guerrero    Senior Patrol Agent

Sworn to before me and subscribed in my presence,

May 3, 2019

J. Scott Hacker, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer